JS-6

```
Sanford Jossen, Esq. #103724
136 Main Street, Suite E
El Segundo, CA 90245
Telephone: (310) 546-9118
Facsimile: (310) 546-3806
E-Mail: Jossenlaw@aol.com

Attorney for Plaintiffs
Edgar Munoz; Denise Martin;
M.M., a minor by and
through his Guardian ad
Litems, Edgar Munoz and
Denise Martin
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR MUNOZ; DENISE MARTIN; M.M., A MINOR BY AND THROUGH HIS GUARDIAN AD LITEMS EDGAR MUNOZ AND DENISE MARTIN,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, AN ILLINOIS CORPORATION; AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | CASE NO. 2:16-cv-00036-AB-MRW<br><br>STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER<br><br><br>Judge: Honorable Andrew Birotte, Jr. |

Pursuant to Federal Rule of Civil Procedure §41(a)(1)(ii), the parties hereby STIPULATE to and jointly request that the Honorable Court dismiss all claims against the Defendant with prejudice as a condition of the settlement.

///

///

1

DATED: January 29, 2019

_____
**Sanford Jossen, Esq.**
Attorney for Plaintiffs

DATED: January 29, 2019

_____
**Joseph E. Foss, Esq.**
Attorney for Defendant

## ORDER

Having reviewed the parties' Stipulation to Dismiss Case with Prejudice, and GOOD CAUSE appearing therefore, all claims by Plaintiffs against all Defendants are hereby dismissed with Prejudice.

Each party is to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: 1/30/2019

HONORABLE ANDRE BIROTTE, JR.
UNITED STATES DISTRICT COURT JUDGE